DEAR JUDGE O'TOOLE JR                                5-25-04

I hope that when you receive this letter it will reach you in all the best of health... Well the reson for this letter it to ask if the court has recive my payment of $150.00 dollars for case number C.A. No. 03-12344-GAO. I had send the money order in JAN 2,004. The money order No.-*06370293958*. I haved send it to the clerks office. I do not know if I did something wrong because I don't know to much about the courts. I just want to know if the courts received the check, before I claim it lost.

                                    Thank you
                                    Sincerely

                                    Victor S. Morales

                                    Victor Morales

Victor S. Morales #307741
Sussex-I
24414- Mussel White Drive
Waverly, VA, 23891-1111
CA No. 03- 12344-GAO