


**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS  02210

May 20, 2005

Mr. Victor Morales
Sussex One State Prison
#307741
24424 Mussel White Drive
Waverly, VA 23891-1111

RE:   Morales v. Maloney, C.A. No. 03-12344-GAO

Dear Mr. Morales:

In June of last year the court received your letter inquiring about the status of Morales v. Maloney, C.A. No. 03-12344-GAO. Your case is assigned to Judge O'Toole and I have been directed by his clerk to respond to your letter.

The Court records indicate that you filed the above referenced case on November 10, 2003.  By Order dated January 9, 2004, you were directed to either pay the filing fee or file a fee-waiver application.  You complied with the court order through your payment of the $150 filing fee.

Because you are incarcerated, the assigned judge must perform a preliminary screening of your case pursuant to 28 U.S.C. § 1915A.

When the assign judge takes action in your case, you will be notified by mail and will receive further instructions on how to proceed.

I hope that this letter addresses your concerns.


                                    /s/ Barbara Morse
                                    Barbara Morse
                                    Pro Se Office