UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VICTOR MORALES
          Plaintiff(s)

v.                         CIVIL ACTION NO. 03-12344-GAO

MICHAEL T. MALONEY
          Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

      **Pursuant to the Memorandum and Order entered by the court, dated 11/30/05, the plaintiff was directed to demonstrate good cause, in writing, within 42 days of the date of this Memorandum and Order, why this action should not be dismissed for the reasons stated in the memo. As plaintiff has not filed anything with this court within the designated time period, this action is dismissed.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 1/18/06                        By Paul Lyness
                                                 Deputy Clerk

(Judgment in civil case  CA 03-12344.wpd - 3/7/2005)