NOTOWAY CORRECTIONAL CENTER
P.O. Box 488
Burkeville, VIRGINIA 23922

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

JANUARY 1, 2006

RE: 1:03-cv-12344-GAO Morales v. Maloney

<u>MOTION FOR EXTENSION OF TIME TO DEMONSTRATE GOOD CAUSE</u>

Dear Clerk,



    My name is Victor S. Morales, I'm writing to request for an Extension of time, concerning to why, I should demonstrate good cause, on why I should be grant relief to my clame. I have no access to any Massachusetts case law and Virginia does not supply an other state law in their law libarary. I only have a 9th grade reading level, so I need help in filing paper work that's need for the court. I have little understanding in filing legal documents to the court. I have to request any law of Massachusetts from the Institutional Counsel. As I am now requesting help from the Institutional Counsel and other inmates to file my Memorandum and Order report. But yet have not receive help from the Institutional Counsel or other inmates. So I may precede in giving my relief report to the court. Being that Nottoway Correctional Center is a Security level 4# camp. I am limited to access of getting anything I need done, for filing my report. Because there is not much access of movement on this camp. All things must be request in writing, to get the things you need done. Then there's a long point of waiting for a answer back if you are approved for access. So I respectfully ask the court for (42) more days

of an Extension of time to file my Memorandum and Order report. Also for the record I'm no longer house at Sussex ONE State Prison. But house at NOTTOWAY CORRECTIONAL CENTER, P.O. Box 488 Burkeville VA 23922.

Your Truly
Victor S. Morales
#307741

*Victor Morales*