UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VICTOR MORALES
        Plaintiff(s)

v.   CIVIL ACTION NO. 03-12344-GAO

MALONEY
        Defendant(s)

## AMENDED JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**that this is a judgment by decision of the court based on the court's order entered on 1/30/06, and not on the prior judgment which stated that plaintiff had not filed anything within the designated time period.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 1/30/06   By Paul Lyness
        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)